IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES ZIMMERMAN, Derivatively on behalf of CONAGRA FOODS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3183 |
| v. | ) ) ) | |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W.G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN, JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE and ROBERT KRANE, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |
| -and- | ) ) ) | |
| CONGRA FOODS, INC., a Delaware corporation, | ) ) ) ) | |
| Nominal Defendant. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by August 29, 2005, file their Report of Parties' Planning Conference.

DATED August 11, 2005

/s/ *David L. Piester*
United States Magistrate Judge