UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES ZIMMERMAN, Derivatively on behalf of CONAGRA FOODS, INC., ) ) ) | NO. 05-CV-03183-DLP |
| Plaintiff, ) ) ) | |
| vs. ) ) | **ORDER** |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W.G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN, JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE and ROBERT KRANE, ) ) ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| -and- ) ) | |
| CONAGRA FOODS, INC., a Delaware corporation, ) ) ) | |
| Nominal Defendant. ) | |

This matter is before the Court on Filing No. 15, a Joint Motion for an Extension of Time to Satisfy the Requirements of Fed.R.Civ.P. 26. For good cause shown, the Motion is granted.

IT THEREFORE IS ORDERED,

Plaintiff and Defendants shall file their Report of Parties' Planning Conference on or before September 28, 2005.

DATED this 29th day of August, 2005.

                                  BY THE COURT

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge

Prepared by:
KINSEY RIDENOUR BECKER & KISTLER, LLP
DAVID W. ROWE NSBA #19155
JULIANNE M. SPATZ NSBA#22978
P.O. Box 85778
610 Lincoln Square
Lincoln, Nebraska 68501
Telephone: 402/438-1313
Facsimile: 402/438-1654
drowe@krbklaw.com
jspatz@krbklaw.com

Local Counsel for Plaintiff Zimmerman