IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES ZIMMERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3183 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W. G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE and ROBERT KRANE, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| CONAGRA FOODS, INC., a Delaware corporation, | ) ) | |
| | ) | |
| Nominal Defendant. | ) | |

IT IS ORDERED:

The motion by Nominal Defendant Conagra Foods for extension of answer deadline, filing 18, is granted. The deadline for Nominal Defendant Conagra Foods to plead is extended until thirty days after plaintiff has filed and served a consolidated complaint.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge