UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES ZIMMERMAN, Derivatively on behalf of CONAGRA FOODS, INC., | No. 05-CV-03183-DLP |
| Plaintiff, | |
| vs. | |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W.G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN, JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE and ROBERT KRANE, | |
| Defendants, | |
| -and- | |
| CONAGRA FOODS, INC., a Delaware corporation, | |
| Nominal Defendant. | |

**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE DISCOVERY PLANNING REPORT**

WHEREFORE, plaintiff and defendants filed a Joint Motion for an Extension of Time to Submit the Discovery Planning Report on September 28, 2005.

For good cause shown, the Motion, filing 24, is granted.

IT IS THEREFORE ORDERED, plaintiff and defendants shall file their Report of Parties' Planning Conference on or before October 28, 2005.

DATED: September 28, 2005

                                     BY THE COURT

                                     s/ *David L. Piester*
                                     David L. Piester
                                     United States Magistrate Judge


Prepared by:
KINSEY RIDENOUR BECKER & KISTER, LLP
DAVID W. ROWE NSBA #19155
JULIANNE M. SPATZ NSBA #22978
P.O. Box 85778
610 Lincoln Square
Lincoln, Nebraska 68501
Telephone: 402/438-1313
Facsimile: 402/438-1654
drowe@krbklaw.com
jspatz@ krbklaw.com

Local Counsel for Plaintiff Zimmerman