IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES ZIMMERMAN, Derivatively on behalf of CONAGRA FOODS, INC., | ) ) ) | NO. 05-CV-03183-DLP |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) ) | |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W.G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN, JR., RONALD W. ROSKENS, KENNETH F. STINSON, STEVEN F. GOLDSTONE and ROBERT KRANE, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, -and- | ) ) ) | |
| CONAGRA FOODS, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE DISCOVERY PLANNING REPORT**

WHEREFORE, plaintiff and defendants filed a Joint Motion for an Extension of Time to Submit the Discovery Planning Report on October 25, 2005.

For good cause shown, the Motion, filing 31, is granted.

IT IS THEREFORE ORDERED, plaintiff and defendants shall file their Report of Parties Planning Conference on or before November 28, 2005.

DATED: October 26, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared by:
KINSEY RIDENOUR BECKER & KISTER, LLP
DAVID W. ROWE NSBA #l9155
JULIANNE M. SPATZ NSBA #22978
P.O. Box 85778
610 Lincoln Square
Lincoln, Nebraska  68501-5778
Telephone:  402/438-1313
Facsimile: 402/438-1654
drowe@krbklaw.com
jspatz@krbklaw.com

Local Counsel for Plaintiff Zimmerman