```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CHARLES ZIMMERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3183 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. O'DONNELL, BRUCE | ) | ORDER |
| ROHDE, FRANK S. SKLARSKY, | ) | |
| MOGENS C. BAY, STEPHEN G. | ) | |
| BUTLER, ALICE B. HAYES, W. G. | ) | |
| JURGENSEN, CARL E. REICHARDT, | ) | |
| DAVID H. BATCHELDER, HOWARD | ) | |
| G. BUFFETT, MARK H. | ) | |
| RAUENHORST, JOHN T. CHAIN | ) | |
| JR., RONALD W. ROSKENS, | ) | |
| KENNETH E. STINSON, STEVEN F. | ) | |
| GOLDSTONE, ROBERT KRANE, and | ) | |
| CONAGRA FOODS, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

The parties' joint motion for extension of time to file their report of parties' planning conference, filing 33, is granted. The parties are hereby given until December 28, 2005 to file their Rule 26 meeting report.

DATED this 28th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge