IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES ZIMMERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3183 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, W. G. JURGENSEN, CARL E. REICHARDT, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE, ROBERT KRANE, and CONAGRA FOODS, | ) ) ) ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

This matter is before this court sua sponte. This court believes that this case is related to Cases 8:05CV342 and 8:05CV343. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and pretrial matters.

DATED this 30th day of November, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge